UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Storm Technology, Inc.

Debtor(s)

Case No: 98-58595 — mm

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Channel Reps, Inc., in the amount of $2,609.08 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Channel Force, Inc. C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,609.08, to:

Channel Force, Inc.
C/o Dilks & Knopik, LLC
PO Box 502
Redmond, WA 98073-0502.

Dated: June 27, 2005

Marilyn Morgan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Storm Technology, Inc.

Case No: 98-58595

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Channel Force, Inc., claimant, hereby petitions the Court for $2,609.08, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Channel Reps, Inc., creditor.

The creditor did not receive the dividend check in the above case for the following reason:

At the time of the above captioned case, Channel Reps, Inc. had an address of 1245 Old Alpharetta Road, Alpharetta, GA 30005. That address is no longer valid. Channel Reps, Inc. changed its name to ChannelForce, Inc., as evidenced by exhibit A. Exhibits B & C is evidence that ChannelForce, Inc. once used the address of 1245 Old Alpharetta Road, Alpharetta, GA 30005.

The Creditor's mailing address at the time the claim was filed with the Court was:

Channel Reps, Inc.
1254 Old Alpharetta Rd.
Alpharetta, GA 30005

The claimant's current mailing address is:

Channel Force, Inc.
Attn: Hoyt Wilson - Controller
15 82nd Drive Suite 200
Gladstone, OR 97027
503-906-3566
Last four digits of SS#/Tax ID: 1418

Dated: 5/2/2005

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 502, Redmond, WA 98073-0502
(425) 836-5728

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this \_\_\_2\_\_\_ day of \_\_\_may_____, 20 05 .

SEAL                                   _____*Caryn M. Knopik*_____
                                       Caryn M. Knopik, Notary Public

My commission expires: July 29, 2006
Notary in and for the State of Washington



2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-58595 | MM | | Trustee Name: | Jerome E. Robertson | |
| Case Name: | Storm Technology, Inc. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******9305 | | | Account Number: | ******4994  BofA - Checking Account | |
| For Period Ending: | 01/07/05 | | | Blanket Bond (per case limit): | $ 9,400,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | | Check or Reference | Paid To / Received From | Description Of Transaction | UTC | Deposits ($) | Disbursements ($) | Account Balance ($) |
| C | 08/09/04 | 003112 | Tenere Inc. Acct. 818350 700 Kelly Avenue Dresser, WI 54009 | First and Final Distribution - Claim 0114, Payment 3.76612% | 7100-000 | | 5,844.11 | 987,927.01 |
| C | 08/09/04 | 003113 | Theia Systems Inc. 267 Curtner Avenue NR 7 Palo Alto, CA 94306-3414 | First and Final Distribution - Claim 0115, Payment 3.76622% | 7100-000 | | 112.61 | 987,814.40 |
| * C | 08/09/04 | 003114 | Cumex Electronics, S.A. de C.V. c/o Thomas A. Connop 2200 Ross Avenue, Suite 2200 Dallas, TX 75201 | First and Final Distribution - Claim 0117, Payment 3.76612% Acct. 1824 Acct. 1824 | 7100-004 | | 3,526.97 | 984,287.43 |
| * C | 08/09/04 | 003115 | Channel Reps Inc. Acct. 0175 1254 Old Alpharetta Road Alpharetta, GA 30005 | First and Final Distribution - Claim 0118, Payment 3.76612% | 7100-003 | | 2,609.08 | 981,678.35 |
| C | 08/09/04 | 003116 | PC Cordova Printed Circuits Acct. 430 1648 Watson Court Milpitas, CA 95035 | First and Final Distribution - Claim 0119, Payment 3.76625% | 7100-000 | | 120.93 | 981,557.42 |
| C | 08/09/04 | 003117 | CMP Publications Church Street Station P.O. Box 4502 New York City, NY 10261 | First and Final Distribution - Claim 0124, Payment 3.76618% Acct. 48126 | 7100-000 | | 207.14 | 981,350.28 |
| C | 08/09/04 | 003118 | David Merriman 30 Reynolds Avenue Everett, MA 02149 | First and Final Distribution - Claim 0125, Payment 3.76736% | 7100-000 | | 10.17 | 981,340.11 |
| * C | 08/09/04 | 003119 | William H. Crews 6 South Pointe Lane Fredericksburg, VA 22405 | First and Final Distribution - Claim 0127, Payment 3.76396% | 7100-003 | | 8.12 | 981,331.99 |
| | | | | Page Subtotals | | 0.00 | 12,439.13 | |

Ver: 9.55

LFORM24

Case: 98-58595    Doc# 10512    Filed: 06/27/05    Entered: 06/28/05 15:55:12    Page 4 of 10

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

RE: Storm Technology, Inc.

Debtor(s)

Case: 98-58595

AUTHORITY TO ACT
Limited Power of Attorney
Limited to one Transaction

1. **Channel Force, Inc. for Channel Reps, Inc.** with a tax identification number of 58-2081418, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,609.08** (the "UNCLAIMED FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the UNCLAIMED FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the UNCLAIMED FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds.

_____
Hoyt Wilson - Controller

February 7, 2005
Date

**Hoyt M. Wilson, MBA**
Controller

tel 503-906-3566
cel 503-805-2995
fax 503-723-5776
hwilson@channelforce.com

**ChannelForce Inc.**
15 82nd Drive
Suite 200
Gladstone, Oregon 97027
www.channelforce.com

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for Channel Force, Inc. is presently unavailable to the undersigned
BY: _____ Controller
Signature and title

## ACKNOWLEDGMENT

STATE OF Oregon )
COUNTY OF Clackamas

On this 7th day of February, 2005, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Hoyt M. Wilson known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC Jody Barrera

Residing at Gladstone, OR

My Commission expires 6/20/05

# PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on 5/2/2005 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102 by U.S. Mail.

Dated: 5/2/2005

*[signature]*

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for Channel Force, Inc.

**Secretary of State**
**Corporations Division**
**315 West Tower**
**#2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

```
DOCKET NUMBER      : 050871276
CONTROL NUMBER     : K637825
DATE INC/AUTH/FILED: 11/27/1996
JURISDICTION       : GEORGIA
PRINT DATE         : 03/28/2005
FORM NUMBER        : 215
```

DILKS & KNOPIK LLC
JEFF HUDSPETH
POB 502
REDMOND, WA  98073


CERTIFIED COPY


I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that the attached documents are true and correct copies of documents filed under the name of

CHANNEL REPS, INC.
A DOMESTIC PROFIT CORPORATION

Said entity was formed in the jurisdiction set forth above and has filed in the Office of Secretary of State on the date set forth above its certificate of limited partnership, articles of incorporation, articles of association, articles of organization or application for certificate of authority to transact business in Georgia.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

Cathy Cox
Secretary of State

EXHIBIT  A
Page  1  of  2

Case: 98-58595    Doc# 10512    Filed: 06/27/05    Entered: 06/28/05 15:55:12    Page 7 of 10

**Secretary of State**
Corporations Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

DOCKET NUMBER : 033110633
CONTROL NUMBER: K327797
EFFECTIVE DATE : 11/05/2003
REFERENCE : 0044
PRINT DATE : 11/07/2003
FORM NUMBER : 611

MARY S. BARNETT
WOMBLE CARLYLE SANDRIDGE & RICE
1201 W. PEACHTREE ST., SUITE 3500
ATLANTA, GA 30309

### CERTIFICATE OF NAME CHANGE AMENDMENT

I, Cathy Cox, the Secretary of State and the Corporations Commissioner of the State of Georgia, do hereby certify under the seal of my office that

**CHANNEL REPS, INC.**
**A DOMESTIC PROFIT CORPORATION**

has filed articles of amendment in the Office of the Secretary of State changing its name to

**CHANNELFORCE, INC.**

and has paid the required fees as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said articles of amendment.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.



Cathy Cox
Secretary of State

**EXHIBIT A**

Case: 98-58595   Doc# 10512   Filed: 06/27/05   Entered: 06/28/05 15:53:92   Page 8 of 10



**CATHY COX**
Secretary of State

**STATE OF GEORGIA
2001 ANNUAL REGISTRATION**
CORPORATIONS DIVISION
Office of Secretary of State
(404) 656-2817

**WARREN H. RARY**
Director

ENTITY-CONTROL-NUMBER:   K637825
**TOTAL CHARGED: $15.00**
**ENTITY INFORMATION**
| | |
|---|---|
| ENTITY-NAME: | **CHANNELFORCE, INC.** |
| PRINCIPAL-ADDRESS: | **1254 OLD ALPHARETTA RD.** |
| PRINCIPAL-CITY: | **ALPHARETTA** |
| PRINCIPAL-STATE: | **GA** |
| PRINCIPAL-ZIP: | **300053986** |
| REGAGENT-NAME: | **GREGORY W. STIPE** |
| REGAGENT-ADDRESS: | **1254 OLD ALPHARETTA RD.** |
| REGAGENT-CITY: | **ALPHARETTA** |
| REGAGENT-STATE: | **GA** |
| REGAGENT-ZIP: | **300053986** |
| REGAGENT-COUNTY: | **FORSYTH** |

**CEO INFO**
| | |
|---|---|
| NAME: | **GREGORY W. STIPE** |
| ADDRESS: | **1254 OLD ALPHARETTA RD.** |
| CITY: | **ALPHARETTA** |
| STATE: | **GA** |
| ZIP CODE: | **300053986** |

**CFO INFO**
| | |
|---|---|
| NAME: | **GREGORY W. STIPE** |
| ADDRESS: | **1254 OLD ALPHARETTA RD.** |
| CITY: | **ALPHARETTA** |
| STATE: | **GA** |
| ZIP CODE: | **300053986** |

**SEC INFO**
| | |
|---|---|
| NAME: | **GREGORY W. STIPE** |
| ADDRESS: | **1254 OLD ALPHARETTA RD.** |
| CITY: | **ALPHARETTA** |
| STATE: | **GA** |
| ZIP CODE: | **300053986** |

**SUBMITTED BY:**   Richard Prussing on 01/11/2001

**EXHIBIT** B
**Page** 1 **of** 1

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| CHANNELFORCE, INC. | 1254 OLD ALPHARETTA RD | ALPHARETTA | GA | 30005 |

| | | | | |
|---|---|---|---|---|
| CEO: | **PLEASE ENTER ADDRESS BELOW** | *ENTER CITY BELOW* | ** | ***** |
| CFO: **NO NAME ON FILE ENTER BELOW* | **PLEASE ENTER ADDRESS BELOW** | *ENTER CITY BELOW* | ** | ***** |
| SEC: **NO NAME ON FILE ENTER BELOW* | **PLEASE ENTER ADDRESS BELOW** | *ENTER CITY BELOW* | ** | ***** |
| AGT: GREGORY W. STIPE | 1254 OLD ALPHARETTA RD. | ALPHARETTA | GA | 30202 |

IF ABOVE INFORMATION HAS CHANGED, TYPE OR PRINT CORRECTIONS BELOW

CORPORATION ADDRESS:

CEO:

CFO:

SEC:

AGT: (PO BOX NOT ACCEPTABLE) — GA

I HEREBY CERTIFY THAT INFORMATION AS IT APPEARS AND CORRECTIONS ON THIS FORM, AND ANY CORRECTIONS ARE TRUE AND CORRECT.

AUTHORIZED SIGNATURE: _____ DATE: _____

*FEIN: 582081418    FEIN CORRECTION:
COUNTY OF REGISTERED OFFICE: FORSYTH    COUNTY CHANGE OR CORRECTION:

FEE $: $15.00  GA  11/27/96  DP  N K637825

TITLE: _____  PHONE #: _____

BR201 (12-98) 1999 CORPORATION ANNUAL REGISTRATION          FORM ID SSF001 12/24/98

1999 AR        99K637825001500CHANNELFORCEINC

EXHIBIT C

Page 1 of 1