**FILED**

SEP 1 4 2005

CLERK
United States Bankruptcy Court
San Jose, California

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE:

    Storm Technology Inc

                Debtor

CASE NO. 98-58595 — *m m*

ORDER FOR PAYMENT
OF UNCLAIMED FUND

This case came on for consideration of the motion for payment of unclaimed funds in the amount of $840.60. For the reason stated in the Application and supporting documentation filed contemporaneously herewith,

IT IS ORDERED that, pursuant to 28 USC 2042, the Bankruptcy Clerk, Northern District of California, San Francisco Division, pay this unclaimed money to the order of:

        **Rapid Graphics**
        c/o The Locator Services Group Ltd.
        316 Newbury Street, Suite 32
        Boston, MA 02115

CLOSED 2/15/05

Dated: *Sept. 14, 2005*

                                        *Marilyn Morgan*
                              Bankruptcy Judge
                              Northern District of California

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                    CASE NO. 98-58595

     Storm Technology Inc

               Debtor
_____

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned, Kim Sherrie Sawyer, as Counsel for The Locator Services Group Ltd. ("Applicant"), applies to this court for entry of an order directing the Clerk of the Court to remit to the applicant the sum of **$840.60**, said funds having been deposited into the Treasury of the United States pursuant to order of this Court as unclaimed funds for creditor **Rapid Graphics .**

Applicant further states that:

1.    Applicant is an attorney or a "funds locator" who has been retained by the creditor.  Applicant has obtained an Original Power of Attorney from the individual creditor or the duly authorized representative for the business or the corporation named as the creditor in the order depositing funds into the court.  A Power of Attorney, conforming to the official Bankruptcy Form is attached and made a part of this application.

2.    Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before the court, or that any party other than the applicant is entitled to submit an application for this claim.

Respectfully submitted this day, Tuesday, April 26, 2005.

THE LOCATOR SERVICES GROUP LTD.

BY: _____
Signature of Petitioner

Rapid Graphics
Petitioner

Kim Sherrie Sawyer, Counsel
Name and Title of Petitioner

77-0312408
SSN# or Tax ID

The Locator Services Group, Ltd.
Company Name

316 Newbury Street, Suite 32
Street Address

Boston, MA 02115
City and State

(617) 859-0600
Telephone

**Payment Address:**
The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

SUBSCRIBED AND SWORN before me this _____ day of _____, 2005.

_____

NOTARY PUBLIC in and for the State of  Massachusetts ,
residing in the County of  Suffolk
My commission expires: _____

MARY JO PYMM
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 2, 2005

Jerome E. Robertson, Trustee
129 Fremont Avenue
Los Altos, CA 94022

Telephone: (650) 949-9266
Facsimile  (650) 948-0748

**FILED**

DEC 1 5 2004

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## ORIGINAL

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

IN RE:

**Storm Technology, Inc.**

(Debtors)

Chapter 7

**98-58595-MM**

**NOTICE OF UNCLAIMED
DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $23,398.80. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 0003 | Printcom<br>3033 Moorpark Avenue, Suite 3<br>San Jose, CA 95128-2621 | $15,170.16 | $571.33 |
| 0006 | Rapid Graphics<br>Cust. STORTE<br>3607 Kifer Road<br>Santa Clara, CA 95051 | $22,320.00 | $840.60 |
| 0031 | Wyle Electronics, a California Corp.<br>Attn: Legal    Acct. 3575956<br>15360 Barranca Pkwy<br>Irvine, CA 92618 | $41,183.00 | $1,551.00 |

0509

| | | | |
|---|---|---|---|
| 0032 | Nissei Sangyo America Ltd.<br>Cust. 602289<br>755 Ravendale Drive<br>Mountain View, CA 94043 | $22,460.00 | $845.87 |
| 0033 | Color Magic a California Corporation<br>2551A Casey Avenue<br>Mt. View, CA 94043 | $5,793.09 | $218.17 |
| 0040 | Scott Howlett<br>62 Garrison Avenue<br>Somerville, MA 02144 | $1,067.20 | $40.19 |
| 0041 | NDA Media<br>1755 Terrace Drive<br>Belmont, CA 94002 | $15,093.00 | $568.42 |
| 0042 | ColorAd Printers<br>c/o Attorney<br>1202 Presidio Blvd.<br>Pacific Grove, CA 93950 | $20,177.81 | $759.92 |
| 0043 | KAO Infosystems<br>Dept. 5086<br>P.O. Box 30000<br>Hartford, CT 06150 | $20,591.69 | $775.51 |
| 0047 | HMP Design<br>6159 Thornton Avenue, Suite E<br>Newark, CA 94560-5407 | $2,160.00 | $81.35 |
| 0062 | 4 Axes Ltd.<br>7th Fl No 319 Sec 4 Cheng Teh Road<br>Shih Lin Taipei<br>Taiwan R O C | $6,664.00 | $250.97 |
| 0074 | Introspect Systems Inc.<br>Project ID: DTI 1980413<br>1630 Oakland Road Suite A 02<br>San Jose, CA 95131 | $68,600.00 | $2,583.56 |
| 0076 | Janet Broders<br>P.O. Box 2171<br>Alameda, CA 94501 | $981.25 | $36.96 |
| 0081 | Silkscreen Images<br>P.O. Box 666<br>Jacksonville, OR 97530 | $8,282.75 | $311.94 |
| 0083 | Denise Shaw<br>1324 N. Liberty Lake Road #231<br>Liberty Lake, WA 99019 | $1,886.29 | $71.04 |
| 0089 | Jerry Azevedo<br>Wordsmiths Writing Consultants<br>2358 Glendenning Avenue<br>Santa Clara, CA 95050 | $8,483.00 | $319.48 |

| | | | |
|---|---|---|---|
| 0091 | Kurt A. Schwenk<br>143B Brookside Avenue<br>San Jose, CA 95117 | $1,108.54 | $41.75 |
| 0100 | McColl McGregor Ltd<br>17 Napier Square Houston Industrial Estate<br>Livingston EM54 5DG<br>Scotland UK | $127,567.34 | $4,804.34 |
| 0103 | Scale Models Unlimited<br>Acct. STORM1<br>111 Independence Drive<br>Menlo Park, CA 94025 | $1,995.92 | $75.17 |
| 0110 | Brain Surgery Advertising<br>3405 Cesar Chavez, Suite 28<br>San Francisco, CA 94110 | $10,284.54 | $387.33 |
| 0117 | Cumex Electronics, S.A. de C.V.<br>c/o Thomas A. Connop<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201 | $93,650.00 | $3,526.97 |
| 0118 | Channel Reps Inc.<br>Acct. 0175<br>1254 Old Alpharetta Road<br>Alpharetta, GA 30005 | $69,277.62 | $2,609.08 |
| 0127 | William H. Crews<br>6 South Pointe Lane<br>Fredericksburg, VA 22405 | $215.73 | $8.12 |
| 0130 | Skyrocket, LLC<br>60 Green St.<br>San Francisco, CA 94111 | $5,850.00 | $220.32 |
| 0145 | Mikhail G. Ivanov<br>560 25th Street<br>Richmond, CA 94804 | $143.74 | $5.41 |
| 0165 | Blaze Technologies Inc.<br>Attn: David Pelton<br>181-19 Centre St.<br>Mt. View, CA 94041 | $7,003.75 | $263.77 |
| 0167 | Darren A. Wood<br>288 Elm St.<br>Noank, CT 06340 | $243.95 | $9.19 |
| 0187 | Alice Liu<br>327 E. Appleton St., Apt. 6<br>Long Beach, CA 90802-4008 | $160.82 | $6.06 |
| 0188 | Alan R. Shankel<br>20600 18 Mile Road<br>Big Rapids, MI 49307 | $150.00 | $5.65 |

| 0192 | Theresa M. Bender<br>Blank, Rigsby & Meenan, P.A.<br>204 S. Monroe Street<br>Tallahassee, FL 32301 | $183.70 | $6.92 |
| 0198 | Brambles NSD Inc.<br>Acct. 01-966<br>P.O. Box 101184<br>Atlanta, GA 30392-1184 | $531.00 | $20.00 |
| 0200 | Paul M. Facklam<br>Refund Case No. 72986<br>81 Tracey Lane<br>Grand Island, NY 14072 | $164.95 | $6.21 |
| 0201 | Manuel S. Calero<br>2101 Chestnut St., Apt. 1708<br>Philadelphia, PA 19103 | $139.95 | $5.27 |
| 0211 | Software Buyline, Inc. (fka TestDrive Corp.)<br>397 Charleston Road<br>Mt. View, CA 94043 | $41,527.15 | $1,563.96 |
| 0245 | George Luciani<br>6119 Voyageur Drive<br>Orleans<br>Ontario, Canada 25 | $184.99 | $6.97 |

Total Unclaimed Dividends          $23,398.80

Dated: December 8, 2004

JEROME E. ROBERTSON, TRUSTEE



UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated MAY 2 3 2005
by
Deputy Clerk

## LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

Rapid Graphics appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Rapid Graphics in the amount of $840.60.

Rapid Graphics grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due Rapid Graphics. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of Rapid Graphics.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Rapid Graphics.

Signed this _11th_ day of _April_, 2005.

Rapid Graphics

By: _Bent Kjolby_                     Tax ID No. _77-0312408_
Bent Kjo by                          (Required for identification purposes)
President & Owner

State of _California_

County of _San Mateo_

Before me ___Bent Kjolby___ personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature _Jose J. San Gabriel_

My Commission Expires: _July 28, 2007_

NOTARY SEAL

JOSE J. SAN GABRIEL
Commission # 1428433
Notary Public - California
San Mateo County
My Comm. Expires Jul 28, 2007

TLSG Reference Number: 05Rapid



## Rapid Lasergraphics
505 BEACH STREET  SAN FRANCISCO  CA 94133

Tel 415-292-1717
Fax 415-292-2580
kjolby@rapidgraphics.com

**BENT KJOLBY**
President

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                          CASE NO. 98-58595
        Storm Technology Inc

                                                AFFIDAVIT OF SERVICE
                                                AND CERTIFICATION

                        Debtor.
_____

        I, Kim Sherrie Sawyer, Esq., as Counsel of The Locator Services Group Ltd., attorney-in-fact

for claimant, **Rapid Graphics** , certify that the statements in the foregoing application are true and correct.

        Notice is hereby given to the court that on Tuesday, April 26, 2005 the U.S. Attorney

for the Northern District of California was advised, via U.S. Postal Service, of the intent of The Locator

Services Group Ltd., as attorney-in-fact, to apply for the release of unclaimed funds in the above named

case on behalf of:

                        **Rapid Graphics**

                                Respectfully Submitted:

                                _____
                                The Locator Services Group Ltd., attorney-in-fact
                                Kim Sherrie Sawyer, General Counsel

SUBSCRIBED AND SWORN before me this ___ day of _____, 200_ .

                                _____
                                NOTARY PUBLIC in and for the State of  Massachusetts ,
                                residing in the County of   Suffolk  .
                                My commission expires: _____ .

MARY JO PYMM
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 2, 2005

# California Business Portal

## Secretary of State BRUCE McPHERSON

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | SPECIAL PROGRAMS

**Business Search**
**Corporations**

**Printer Friendly Page**

**New Search**

**Search Tips**

**Field Definitions**

**Status Definitions**

**Name Availability**

**Corporate Records**

**Corporate Records Order Form**
  **Certificates**
  **Copies**
  **Status Printouts**

**FAQS**

**Corporations Main Page**

**Site Search**

## Corporations

The information displayed here is current as of "APR 15, 2005" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| RAPID LASERGRAPHICS | | |
| **Number:** C1649180 | **Date Filed:** 9/8/1989 | **Status:** dissolved |
| **Jurisdiction:** California | | |
| **Address** | | |
| 505 BEACH ST | | |
| SAN FRANCISCO, CA 94133 | | |
| **Agent for Service of Process** | | |
| BENT KJOLBY | | |
| 505 BEACH ST | | |
| SAN FRANCISCO, CA 94133 | | |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement.**



**Rapid Lasergraphics**
505 BEACH STREET  SAN FRANCISCO  CA 94133

Tel 415-982 6071
Fax 415-989-5820
www.rapidgraphics.com

Attn: Mar. Jo
617-859-0600
40

1822548



## State of California

### OFFICE OF THE SECRETARY OF STATE

CORPORATION DIVISION

I, *MARCH FONG EU*, Secretary of State of the State of California, hereby certify:

That the annexed transcript has been compared with the corporate record on file in this office, of which it purports to be a copy, and that same is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this

_____ NOV - 6 1992 _____



*March Fong Eu*

Secretary of State

REF/STATE FORM CE-107

**1822548**

ENDORSED
FILED
In the office of the Secretary of State
of the State of California

MAY 27 1992

MARCH FONG EU, Secretary of State

## ARTICLES OF INCORPORATION

### of

### RAPID GRAPHICS

#### I

The name of this corporation is RAPID GRAPHICS.

#### II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Laws of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

#### III

The name and address in the State of California of this corporation's initial agent for service of process is:

       Bent Kjolby, 633 Battery Street,
       San Francisco, California 94111.

#### IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 100,000 shares of common stock.

                         _BENT KJOLBY,_
                         Incorporator

# State of California

**Bill Jones**
Secretary of State

P.O. Box 844230
Sacramento, CA 94___-2300
Phone (916) 657-353_

### STATEMENT BY DOMESTIC STOCK CORPORATION

THIS STATEMENT MUST BE FILED WITH CALIFORNIA SECRETARY OF STATE (SEC. 1502, CORPORATIONS CODE)

**A $10 FILING FEE MUST ACCOMPANY THIS STATEMENT.**
Please make check payable to: Secretary of State

WHEN COMPLETING FORM, PLEASE USE BLACK TYPEWRITER RIBBON OR PRINT IN BLACK INK

**IMPORTANT — Please Read Instructions On Back of Form**

1. DO NOT ALTER PREPRINTED NAME. IF ITEM 1 IS BLANK, PLEASE ENTER CORPORATE NAME AND NUMBER

C1822548  DUE DATE 05-31-97 296405
RAPID GRAPHICS
2901 GORDON AVENUE
SANTA CLARA, CA  95051

- If There Has Been No Change In Any Of The Information On File, Complete Item 1a only. Please indicate on return envelope if no change statement is enclosed.

DO NOT MARK IN THIS SPACE

**THE CALIFORNIA CORPORATION NAMED HEREIN MAKES THE FOLLOWING STATEMENT**

1A. I DECLARE THERE HAS BEEN NO CHANGE IN THE INFORMATION CONTAINED IN THE LAST STATEMENT OF THE CORPORATION WHICH IS ON FILE IN THE SECRETARY OF STATE'S OFFICE DOES NOT APPLY ON INITIAL FILING.

(CHECK HERE)   TYPE OR PRINT NAME OF SIGNING OFFICER OR AGENT   SIGNATURE   TITLE   DATE

| | | | |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 633 BATTERY ST | ROOM NO. | 2A. CITY AND STATE SAN FRANCISCO CA | 2B. ZIP CODE 94111 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA (IF ANY) 3607 KIFER Rd (new) | ROOM NO. | 3A. CITY SANTA CLARA CA | 3B. ZIP CODE 95051 |
| 4. MAILING ADDRESS 3607 Kifer Rd (new) | ROOM NO. | 4A. CITY AND STATE SANTA CLARA CA | 4B. ZIP CODE 95051 |

**THE NAMES OF THE FOLLOWING OFFICERS ARE**

| | | | |
|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER BENT RJOLby | 5A. STREET ADDRESS 633 BATTERY ST | 5B. CITY AND STATE SAN FRANCISCO CA | 5C. ZIP CODE 94111 |
| 6. SECRETARY | 6A. STREET ADDRESS 633 BATTERY ST | 6B. CITY AND STATE SAN FRANCISCO CA | 6C. ZIP CODE 94111 |
| 7. CHIEF FINANCIAL OFFICER | 7A. STREET ADDRESS 633 BATTERY ST | 7B. CITY AND STATE SAN FRANCISCO CA | 7C. ZIP CODE 94111 |

**DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS**

| | | | |
|---|---|---|---|
| 8. NAME | 8A. STREET ADDRESS | 8B. CITY AND STATE | 8C. ZIP CODE 94404 |
| 9. NAME | 9A. STREET ADDRESS | 9B. CITY AND STATE | 9C. ZIP CODE |
| 10. NAME | 10A. STREET ADDRESS | 10B. CITY AND STATE | 10C. ZIP CODE |

11. THE NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**DESIGNATED AGENT FOR SERVICE OF PROCESS**

13. CALIFORNIA STREET ADDRESS IF AGENT IS AN INDIVIDUAL 3607 KIFER RD SANTA CLARA CA 95051

**DESCRIBE TYPE OF BUSINESS OF THE CORPORATION NAMED IN ITEM 1.**

14. TYPE OF BUSINESS Computer Graphics + Digital Printing

15. I DECLARE THAT I HAVE EXAMINED THIS STATEMENT...

BENT RJOLby   CEO   5-28-97
TYPE OR PRINT NAME OF SIGNING OFFICER OR AGENT   ORIGINAL SIGNATURE   TITLE   DATE

Acct No 000004887
Dept Ch 10448                          (cr)
Palatine IL 60055-0448

**R R Donnelley Receivables Inc**
77 W Wacker Dr.                        (cr)
Chicago, IL 60601

**R S Hughes Co Inc**
P O Box 3515                           (cr)
Sunnyvale CA 94088

**Rapid Graphics**
3607 Kifer Road                        (cr)
Santa Clara CA 95051

**Regen Capital I, Inc.**
Elliot H. Herskowitz
PO Box 826                             (cr)
Planetarium Station
New York, NY 10024-540

**Richard Gusky**
317 Hendricks Isle                     (cr)
Ft. Lauderdale, FL 33301

**Rick M McConnell**
1121 Phyllis Avenue                    (cr)
Mountain View CA 94040

**RJS Machine Products**
1249 Dell Avenue                       (cr)
Campbell CA 95008

**Robert D. Cochran, Esq.**
5201 Great America Pkwy. #320          (cr)
Santa Clara, CA 95054

**Robert E. Williams**
419 Genesee Ave. N.E.                  (cr)
Warren, OH 44483

**Robert Gebhard**
United States Trustee
280 S. First St Rm 268                 (cr)
San Jose CA 95113 0002

**Rohm Electronic USA UC**
Attn: Ray Brooks
3034 Owen Dr.                          (cr)
Antioch, TN 37013

**Ronald Poe**
5924 Laramie Trail                     (cr)